## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| **DONALD MOFFITT and PHYLLIS MOFFITT,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 3:09-cv-00170-JLH** |
| **WELLS FARGO BANK, N.A., d/b/a AMERICA'S SERVICING COMPANY.** | ) | |
| **Defendant.** | ) | |

### ORDER GRANTING JOINT MOTION TO EXTEND INITIAL SCHEDULING ORDER

The parties have moved the Court to extend the Rule 26(f) Report Due Date from December 30, 2009 to two (2) weeks after the Court rules on Defendant's Motion to Dismiss (Docket Entry No. 24). Further, Defendant requests that it be allowed to file a reply in support of its Motion to Dismiss. The Court finds these requests to be well-taken.

IT IS THEREFORE ORDERED that the Rule 26(f) Report Due Date contained in the Initial Scheduling Order shall be and is hereby extended from December 30, 2009 to two (2) weeks from the date upon which this Court issues its Order on Defendant's Motion to Dismiss. Further, the Court grants Defendant's request to submit a reply in support of its Motion to Dismiss.

DATED this 18th day of December, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE