# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DONALD MOFFITT and PHYLLIS MOFFITT                                              PLAINTIFFS

v.                                      No. 3:09CV00170 JLH

WELLS FARGO BANK, N.A., d/b/a
AMERICA'S SERVICING COMPANY                                                     DEFENDANT

## ORDER

Presently before the Court is the joint motion to continue hearing on motions to dismiss. The motion is GRANTED. Document #28. The hearing previously scheduled for February 9, 2010, is removed from the Court's docket. A new hearing date will be set by separate order.

IT IS SO ORDERED this 5th day of February, 2010.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE