**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DONALD MOFFITT and                                                     PLAINTIFFS
PHYLLIS MOFFITT

v.                         No. 3:09CV00170 JLH

WELLS FARGO BANK, N.A., d/b/a
AMERICA'S SERVICING COMPANY                               DEFENDANT

**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 45 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 24th day of June, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE